**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01446-CR

**BRYAN LEE MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83729-2016**

## ORDER

Before the Court is appellant's May 31, 2019 motion to abate the appeal and/or to extend time to file appellant's brief because the reporter's record from the hearing on his "Motion to Dismiss for Pre-Indictment Delay" has not been filed. The supplemental reporter's record containing the September 6, 2018 hearing was filed June 4, 2019. In light of this, we **DENY** that portion of appellant's motion seeking an abatement of the appeal.

We **GRANT** the motion to the extent we **ORDER** appellant's brief due **THIRTY DAYS** from the date of this order.

/s/    CORY L. CARLYLE
       JUSTICE